

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAQUEL GONZALEZ, | § | No. 08-16-00287-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number One |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20090C08960) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the conviction and render judgment dismissing the DWI case against Appellant, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF NOVEMBER, 2018.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.
Rodriguez, J., dissenting